NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

LONGNECKER PROPERTY, 2003 JLR FAMILY LLC, ANDBRY PROPERTIES, LLC, PAUL C. BOWYER, DIANA BOWYER, CAPITAL DEVELOPMENT COMPANY, WILLIAM CARRUTH, MARILYN CARRUTH, ELAINE HANSON, (Carl Hanson, deceased), SANG HO CHOI, MI YOUNG CHOI, WALTER W. COX, JAY J. DAYTON, BARBARA DAYTON, E. PAUL DETRAY, PHYLLIS DETRAY, JAMES G. DYER, JOSEPHINE EVANS, HAPPY TERIYAKI III, INC., JOHN HARTUNG, ROBERT HELSTROM, HERRICK HIGSON, II, CHERYEL HIGSON, NATHANIEL JACKSON, THELMA JACKSON, KAY PACKAGING COMPANY, CHARLES KENNEDY, DIANE KENNEDY, M. AURELIA KENNISH, JOSEPH KENNISH, KEVIN TURNER INVESTMENT PROPERTIES, LLC, NAE TO KI, SUNG KIM, IVAN KRALOVENSKY, LACEY TOWN SQUARE, LLC, LION-EL PROPERTIES, INC., MACARIOS, INC., MARGENT CORPORATION, PATRICK L. MARTIN, SHARON MARTIN, MEADOWGREEN PARK, LLC, DON MILES, by and through personal representative, JANE HANSON, MONEY SAVER LACEY ASSOCIATES, LLC, BENJAMIN MORTON, MUELLER/DOYLE LACEY VENTURE, NEW ZION BAPTIST CHURCH, KRIS O'BANNON, LAURI O'BANNON, MOOSE VALLEY LODGE 1905, JIM PALMER,DONNA PALMER, RICK PARNELL, COLEEN PARNELL, SHIRLEY M. PEARSALL, RICHARD L. PEREGRIN, KATHY PEREGRIN, FKA

**Kathy Schnitzer, KENNETH M. PHILLIPS, ROBIN C. PHILLIPS, PRIME ENTERPRISES, LLC, R.I.C. 20 LTD., by and through its general partner, REALTY INCOME CORPORATION, RE CARPET, RESTRUCTURING CONCRETE, INC., LIVING TRUST OF LEO C. ROBERTS AND CECILIA L. ROBERTS, RYDER FAMILY, LLC, MICHAEL SAYLORS, PATRICIA SAYLORS, SOUTH SOUND VILLA, LARRY SPOLARICH, SOON JA SPOLARICH, SPROUT FAMILY REVOCABLE LIVING TRUST, through trustees, JACK SPROUT, LAVADA SPROUT, STUART SULMAN, JAMES KELLER, NEIL KELLER, THE CROWN BEVERAGE PACKAGING, INC. MASTER TRUST, THE LEE REVOCABLE TRUST, through trustees, SHIRLEY LEE, HERBERT LEE, THE SPRATT LIVING TRUST, through trustee, MARY ELIZABETH SPRATT, MARY ANN THOMPSON, KENNETH TRAPP, TERESA TRAPP, VASICK REAL ESTATE LLC, VILLA DEL VISTA CONDOMINIUM ASSOCIATION, WESTERN WASHINGTON SHEET METAL JATC, MARY J. WIGHTMAN, MARK WILLIAMS, JANELLE WILLIAMS, KOBZA HOME BUILDERS, INC.,**
*Plaintiffs-Appellees*

**PATTI INGERSOL, GRETCHEN MORRIS,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellant*

_____

2015-5045

_____

　　Appeal from the United States Court of Federal Claims in No. 1:09-cv-00173-MBH, Judge Marian Blank Horn.

-------------------------------------------------------------------------------

**GENEVA ROCK PRODUCTS, INC., FOX RIDGE INVESTMENTS, LLC, For Themselves and As Representatives of a Class of Similarly Situated Persons,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellant*

―――――――――――――――

2015-5078

―――――――――――――――

　　Appeal from the United States Court of Federal Claims in No. 1:08-cv-00920-CFL, Judge Charles F. Lettow.

-------------------------------------------------------------------------------

**GEORGE E. SUTTON, JR., CATHY L. SUTTON REVOCABLE TRUST 2002, For Itself, and As a Representative of a Class of Similarly Situated Persons,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellant*

―――――――――――――――

2015-5092

---

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00648-NBF, Senior Judge Nancy B. Firestone.

---

**ON MOTION**

---

Before BRYSON, *Circuit Judge.*

# O R D E R

The appellees move to dismiss the government's appeals in the above-captioned cases for lack of standing. The government opposes and moves for a stay of proceedings pending this court's decision in *Haggart v. United States*, No. 14-5106 and for partial summary affirmance. The appellees oppose both motions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions for a stay of the government's appeals are granted. The parties are directed to inform this court within 14 days from the date of this court's decision in *Haggart* how they believe these appeals should proceed.

(2) The appellees' motions to dismiss and the government's motions for partial summary affirmance are held in abeyance.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32